UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

October 2019 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>PEDRO ROBERTO HERNANDEZ-GOMEZ,<br><br>  Defendant. | 20 CR 00040-AB<br><br>I N D I C T M E N T<br><br>[21 U.S.C. §§ 841(a)(1), (b)(1)(A)(vi): Distribution of Fentanyl; 21 U.S.C. §§ 841(a)(1), (b)(1)(B)(i): Distribution of Heroin; 18 U.S.C. § 922(o)(1): Possession of Machineguns; 18 U.S.C. § 844(d): Attempted Transport of Explosives; 18 U.S.C. § 922(g)(1): Felon in Possession of Firearms; 21 U.S.C. § 853, 18 U.S.C. §§ 924(d)(1), 981(a)(1)(C), and 844(c), and 28 U.S.C. § 2461(c): Criminal Forfeiture] |

The Grand Jury charges:

COUNT ONE

[21 U.S.C. §§ 841(a)(1), (b)(1)(A)(vi)]

On or about January 7, 2020, in Los Angeles County, within the Central District of California, defendant PEDRO ROBERTO HERNANDEZ-GOMEZ knowingly and intentionally distributed at least 400 grams, that is, approximately 1,001 grams, of a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenlyethyl)-4-

piperidinyl] propanamide ("fentanyl"), a Schedule II narcotic drug controlled substance.

Prior to committing the offense alleged in this Count, defendant HERNANDEZ-GOMEZ had been finally convicted of a serious drug felony as that term is defined and used in Title 21, United States Code, Sections 802(57), 841, and 851, namely, on or about February 3, 2014, in the United States District Court for the District of Arizona, case number CR 13-00863-001-PHX-DGC, defendant HERNANDEZ-GOMEZ was convicted of Possession with Intent to Distribute Heroin, in violation of Title 21, United States Code, Sections 841(a)(1), (b)(1)(C), for which defendant HERNANDEZ-GOMEZ served a term of imprisonment of more than 12 months.  Defendant HERNANDEZ-GOMEZ was released from a term of imprisonment for that offense within 15 years of the commencement of the offense alleged in this Count.

## COUNT TWO

[21 U.S.C. §§ 841(a)(1), (b)(1)(B)(i)]

On or about January 7, 2020, in Los Angeles County, within the Central District of California, defendant PEDRO ROBERTO HERNANDEZ-GOMEZ knowingly and intentionally distributed at least 100 grams, that is, approximately 999 grams, of a mixture and substance containing a detectable amount of heroin, a Schedule I narcotic drug controlled substance.

Prior to committing the offense alleged in this Count, defendant HERNANDEZ-GOMEZ had been finally convicted of a serious drug felony as that term is defined and used in Title 21, United States Code, Sections 802(57), 841, and 851, namely, on or about February 3, 2014, in the United States District Court for the District of Arizona, case number CR 13-00863-001-PHX-DGC, defendant HERNANDEZ-GOMEZ was convicted of Possession with Intent to Distribute Heroin, in violation of Title 21, United States Code, Sections 841(a)(1), (b)(1)(C), for which defendant HERNANDEZ-GOMEZ served a term of imprisonment of more than 12 months. Defendant HERNANDEZ-GOMEZ was released from a term of imprisonment for that offense within 15 years of the commencement of the offense alleged in this Count.

COUNT THREE

[18 U.S.C. § 922(o)(1)]

On or about January 7, 2020, in Los Angeles County, within the Central District of California, defendant PEDRO ROBERTO HERNANDEZ-GOMEZ knowingly possessed three machineguns, as defined in Title 18, United States Code, Section 921(a)(23) and Title 26, United States Code, Section 5845(b), namely, a Bushmaster model XM1-E2S 5.56mm caliber machinegun, bearing serial number L353649, a Bushmaster model XM1-E2S 5.56mm caliber machinegun, bearing serial number L353670, and a Bushmaster model XM1-E2S 5.56mm caliber machinegun, bearing serial number L172524; each of which defendant HERNANDEZ-GOMEZ knew to be a machinegun.

COUNT FOUR

[18 U.S.C. § 844(d)]

On or about January 7, 2020, in Los Angeles County, within the Central District of California, defendant PEDRO ROBERTO HERNANDEZ-GOMEZ attempted to transport, in interstate and foreign commerce, explosives, namely, approximately 72 M-433 inert grenades that defendant HERNANDEZ-GOMEZ believed to be live explosives, with the knowledge that the explosives would be used to kill, injure, and intimidate any individual and unlawfully damage or destroy any vehicle or other real or personal property.

COUNT FIVE

[18 U.S.C. § 922(g)(1)]

On or about January 7, 2020, in Los Angeles County, within the Central District of California, defendant PEDRO ROBERTO HERNANDEZ-GOMEZ knowingly possessed the following firearms, in and affecting interstate and foreign commerce:

1. A Bushmaster model XM1-E2S 5.56mm caliber machinegun, bearing serial number L353649;
2. A Bushmaster model XM1-E2S 5.56mm caliber machinegun, bearing serial number L353670;
3. A Bushmaster model XM1-E2S 5.56mm caliber machinegun, bearing serial number L172524;
4. A Kniarmco model M203 40mm caliber grenade launcher, bearing serial number KN81012;
5. A Kniarmco model M203 40mm caliber grenade launcher, bearing serial number KN81040; and
6. A LMT model M203 40mm caliber grenade launcher bearing serial number LM100318.

Defendant HERNANDEZ-GOMEZ possessed such firearms knowing that he had previously been convicted of a felony crime punishable by a term of imprisonment exceeding one year, namely, Possession with Intent to Distribute Heroin, in violation of Title 21, United States Code, Sections 841(a)(1), (b)(1)(C), in the United States District Court for the District of Arizona, case number CR 13-00863-001-PHX-DGC, on or about February 3, 2014.

FORFEITURE ALLEGATION ONE

[21 U.S.C. § 853; 18 U.S.C. § 924; 28 U.S.C. § 2461(c)]

1. Pursuant to Rule 32.2(a) of the Federal Rules of Criminal Procedure, notice is hereby given that the United States of America will seek forfeiture as part of any sentence, pursuant to Title 21, United States Code, Section 853, Title 18, United States Code, Section 924, and Title 28, United States Code, Section 2461(c), in the event of the defendant's conviction of the offenses set forth in either of Counts One or Two of this Indictment.

2. The defendant, if so convicted, shall forfeit to the United States of America the following:

(a) All right, title and interest in any and all property, real or personal, used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of the offense;

(b) All right, title, and interest in any firearm or ammunition involved in or used in the offense, including but not limited to the following seized on January 7, 2020:

1. One Bushmaster model XM1-E2S 5.56mm caliber machinegun, bearing serial number L353649;

2. One Bushmaster model XM1-E2S 5.56mm caliber machinegun, bearing serial number L353670;

3. One Bushmaster model XM1-E2S 5.56mm caliber machinegun, bearing serial number L172524;

4. One Kniarmco model M203 40mm caliber grenade launcher, bearing serial number KN81012;

5. One Kniarmco model M203 40mm caliber grenade launcher, bearing serial number KN81040;

7

      6.    One LMT model M203 40mm caliber grenade launcher bearing serial number LM100318; and

      7.    Seventy-two M-433 inert grenades.

(c) To the extent such property is not available for forfeiture, a sum of money equal to the total value of the property described in subparagraphs (a) and (b).

3. Pursuant to Title 21, United States Code, Section 853(p), the defendant, if so convicted, shall forfeit substitute property if, by any act or omission of the defendant, the property described in the preceding paragraph, or any portion thereof: (a) cannot be located upon the exercise of due diligence; (b) has been transferred, sold to, or deposited with a third party; (c) has been placed beyond the jurisdiction of the court; (d) has been substantially diminished in value; or (e) has been commingled with other property that cannot be divided without difficulty.

FORFEITURE ALLEGATION TWO

[18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c)]

1. Pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure, notice is hereby given that the United States of America will seek forfeiture as part of any sentence, pursuant to Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c), in the event of the defendant's conviction of the offenses set forth in any of Counts Three or Five of this Indictment.

2. The defendant, if so convicted, shall forfeit to the United States of America the following:

(a) All right, title, and interest in any firearm or ammunition involved in or used in or used in any such offense, including but not limited to the following:

3. One Bushmaster model XM1-E2S 5.56mm caliber machinegun, bearing serial number L353649;

4. One Bushmaster model XM1-E2S 5.56mm caliber machinegun, bearing serial number L353670;

5. One Bushmaster model XM1-E2S 5.56mm caliber machinegun, bearing serial number L172524;

6. One Kniarmco model M203 40mm caliber grenade launcher, bearing serial number KN81012;

7. One Kniarmco model M203 40mm caliber grenade launcher, bearing serial number KN81040;

8. One LMT model M203 40mm caliber grenade launcher bearing serial number LM100318; and

9. Seventy-two M-433 inert grenades.

(b) To the extent such property is not available for forfeiture, a sum of money equal to the total value of the property described in subparagraph (a).

3. Pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c), the defendant, if so convicted, shall forfeit substitute property, up to the value of the property described in the preceding paragraph if, as the result of any act or omission of the defendant, the property described in the preceding paragraph or any portion thereof (a) cannot be located upon the exercise of due diligence; (b) has been transferred, sold to, or deposited with a third party; (c) has been placed beyond the jurisdiction of the court; (d) has been substantially diminished in value; or (e) has been commingled with other property that cannot be divided without difficulty.

FORFEITURE ALLEGATION THREE

[18 U.S.C. §§ 981(a)(1)(C) and 844(c) and 28 U.S.C. § 2461(c)]

1. Pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure, notice is hereby given that the United States of America will seek forfeiture as part of any sentence, pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c), in the event of the defendant's conviction of the offense set forth in Count Four of this Indictment.

2. The defendant, if so convicted, shall forfeit to the United States of America the following:

(a) All right, title, and interest in any and all property, real or personal, constituting, or derived from, any proceeds traceable to the offense;

(b) Any explosive materials involved or used or intended to be used in the offense; and

(b) To the extent such property is not available for forfeiture, a sum of money equal to the total value of the property described in subparagraph (a).

3. Pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c), the defendant, if so convicted, shall forfeit substitute property, up to the value of the property described in the preceding paragraph if, as the result of any act or omission of the defendant, the property described in the preceding paragraph or any portion thereof (a) cannot be located upon the exercise of due diligence; (b) has been transferred, sold to, or deposited with a third party; (c) has been placed beyond the jurisdiction of the court; (d) has been

substantially diminished in value; or (e) has been commingled with other property that cannot be divided without difficulty.

A TRUE BILL

/S/
Foreperson

NICOLA T. HANNA
United States Attorney

BRANDON D. FOX
Assistant United States Attorney
Chief, Criminal Division

*[signature]*

SCOTT M. GARRINGER
Assistant United States Attorney
Deputy Chief, Criminal Division

SHAWN J. NELSON
Assistant United States Attorney
Acting Deputy Chief
General Crimes Section

KEVIN B. REIDY
Assistant United States Attorney
General Crimes Section