UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES – GENERAL**

| Case No. | 2:20-cr-40-AB | Date | September 18, 2020 |
|---|---|---|---|
| Title | United States v. Pedro Roberto Hernandez-Gomez | | |

Present: The Honorable  Steve Kim, U.S. Magistrate Judge

| Connie Chung | n/a |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Government: | Attorneys Present for Defendant: |
| n/a | n/a |

**Proceedings:**  (IN CHAMBERS) **ORDER DENYING APPLICATION FOR RECONSIDERATION OF DETENTION**

On January 8, 2020, the Court conducted a detention hearing and ordered Defendant detained based on the Court's finding that no conditions would reasonably assure the appearance of Defendant as required and the safety of the community or public. Defendant now seeks reconsideration of detention based on additional sureties who have agreed to sign unsecured bonds totaling $37,000. The Court has considered the arguments of counsel and all papers filed by the parties. Defendant's request is denied.

The Court continues to find based on the information presented to date that no conditions will reasonably assure the appearance of Defendant as required and the safety of the public if Defendant were released based only on the unsecured bond proposal. The Court bases its findings (in addition to those made at the initial detention hearing) on the following grounds:

- ☒ <u>Unsecured</u> bonds insufficient to adequately mitigate risk of non-appearance and danger to the public on the facts of this case.
- ☒ Previous failure to appear.
- ☒ Statutory presumption of detention (even if rebutted, still considered).
- ☒ No viable employment upon release.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES – GENERAL**

| Case No. | 2:20-cr-40-AB | Date | September 18, 2020 |
|---|---|---|---|
| Title | United States v. Pedro Roberto Hernandez-Gomez | | |

- ☒ Allegations in indictment and weight of evidence (as least important factors).
- ☒ Substantial ties to foreign country (Mexico).
- ☒ Length of potential incarceration if convicted.
- ☒ Detention recommendation of supervising Pretrial Services Officer.
- ☒ Previous criminal history.
- ☒ Recidivism shortly after release from prior term of supervised release.
- ☒ Evidence of past substance use.

In reaching this decision, the Court considered: (a) the nature and circumstances of the offense(s) charged; (b) the weight of evidence against the defendant; (c) the history and characteristics of the defendant; and (d) the nature and seriousness of the danger to any person or the community. 18 U.S.C. § 3142(g).

The Court also finds that Defendant has not met his burden for temporary release under 18 U.S.C. § 3142(i) based on the generally applicable reasons cited by Defendant that stem from the Covid-19 pandemic and related prison conditions. *See United States v. Villegas*, --- F.Supp.3d ---, 2020 WL 1649520, at *2-3 (C.D. Cal. Apr. 3, 2020).

IT IS THEREFORE ORDERED that Defendant be detained until trial, currently set for January 2021.